[No. 46297-4-II. Division Two. January 12, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY RICHTER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 13-1-01133-3, Michael H. Evans, J., entered May 15, 2014. *Affirmed in part* and *remanded* by unpublished opinion per Maxa, J., concurred in by Johanson, C.J., and Melnick, J.

[No. 46351-2-II. Division Two. January 12, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL S. SCHEEF, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 14-1-00008-4, Gordon Godfrey, J., entered May 27, 2014. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, A.C.J., and Sutton, J.

[No. 46611-2-II. Division Two. January 12, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES STERLING TURNER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 14-1-00470-1, Kevin D. Hull, J., entered August 22, 2014. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, A.C.J., and Sutton, J.

[No. 46632-5-II. Division Two. January 12, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY J. TOLMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-02363-6, Kitty-Ann van Doorninck, J., entered September 2, 2014. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Sutton, J., concurred in by Worswick and Lee, JJ.